| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Johanna A Enamorado<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0821<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Jossue D Enamorado<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–0594<br>__–_____ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: | 13   10/7/25 |
| Case number: | 25–15433 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Johanna A Enamorado | Jossue D Enamorado |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 339 N Emroy Ave<br>Elmhurst, IL 60126 | 339 N Emroy Ave<br>Elmhurst, IL 60126 |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/8/25 |

For more information, see page 2

Debtor **Johanna A Enamorado** and **Jossue D Enamorado**                                                Case number **25-15433**

| | | |
|---|---|---|
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 5, 2025 at 12:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 388 782 3554, and Passcode 4113122038, OR call 1-872-282-6946** For additional meeting information, go to www.justice.gov/ust/moc . |
| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** <ul><li>a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or</li><li>a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).</li></ul> | **Filing deadline: 1/5/26** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/16/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/6/26** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **12/5/25** at **10:00 AM** , Location: **Courtroom 615, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID 160 731 2971 and passcode 587656.** **The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 5500.00** Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 25-15433-JSB |
| Johanna A Enamorado | Chapter 13 |
| Jossue D Enamorado | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 08, 2025 | Form ID: 309I | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Johanna A Enamorado, Jossue D Enamorado, 339 N Emroy Ave, Elmhurst, IL 60126-2427 |
| 31674919 | + | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Oct 08 2025 22:43:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: mcguckin_m@lisle13.com | Oct 08 2025 22:44:00 | Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532-4350 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Oct 08 2025 22:44:00 | Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027 |
| 31674890 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 08 2025 22:48:13 | Affirm, 650 California Street, Floor 2, San Francisco, CA 94108-2741 |
| 31674891 | + | EDI: GMACFS.COM | Oct 09 2025 02:36:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 31674892 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 08 2025 22:44:00 | American Honda Finance, American Honda Finance Corporation, Attn, Po Box 168128, Irving, TX 75016-8128 |
| 31674893 | + | Email/PDF: bncnotices@becket-lee.com | Oct 08 2025 23:02:21 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 31674894 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 08 2025 22:44:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 31674895 | + | Email/Text: bk@avant.com | Oct 08 2025 22:45:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 31674896 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 08 2025 22:47:19 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 31674897 | + | EDI: CAPITALONE.COM | Oct 09 2025 02:36:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 31674898 | + | EDI: CITICORP | Oct 09 2025 02:36:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 31674899 | + | EDI: CITICORP | Oct 09 2025 02:36:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 31674901 | | EDI: DISCOVER | Oct 09 2025 02:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 31674900 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 08 2025 22:44:00 | Dept Of Education/neln, Po Box 82561, Lincoln, |

Case 25-15433  Doc 12  Filed 10/10/25  Entered 10/10/25 23:12:25  Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 309I | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | NE 68501-2561 |
| 31674902 | + | EDI: AMINFOFP.COM | Oct 09 2025 02:36:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 31674903 | + | Email/Text: accountresearch@goodleap.com | Oct 08 2025 22:44:00 | GoodLeap Llc., Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 31674904 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 08 2025 22:45:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 31674905 | | Email/Text: rev.bankruptcy@illinois.gov | Oct 08 2025 22:44:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9035 |
| 31674906 | + | EDI: IRS.COM | Oct 09 2025 02:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31674907 | | Email/Text: customerservice.us@klarna.com | Oct 08 2025 22:43:00 | Klarna Inc, 629 N High St, Suite 300, Columbus, OH 43215 |
| 31674908 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 08 2025 22:44:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 31674909 | | EDI: PHINGENESIS | Oct 09 2025 02:36:00 | Milestone/Concora Credit, PO Box 84059, Columbus, GA 31908-4059 |
| 31674910 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2025 22:44:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 31674912 | + | EDI: AGFINANCE.COM | Oct 09 2025 02:36:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 31674911 | + | EDI: AGFINANCE.COM | Oct 09 2025 02:36:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 31674914 | | Email/Text: collections1@primewayfcu.com | Oct 08 2025 22:45:00 | Primeway FCU, Attn: Bankruptcy, 12811 Northwest Freeway, Houston, TX 77040 |
| 31674913 | | EDI: SYNC | Oct 09 2025 02:36:00 | PayPal, P.O Box 71202, Charlotte, NC 28272-1202 |
| 31674915 | + | Email/Text: bankruptcy@regionalmanagement.com | Oct 08 2025 22:44:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 31674916 | + | EDI: SYNC | Oct 09 2025 02:36:00 | Syncb/ccdstr, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 31674917 | + | EDI: SYNC | Oct 09 2025 02:36:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 31674918 | + | EDI: SYNC | Oct 09 2025 02:36:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 31674921 | + | EDI: USAA.COM | Oct 09 2025 02:36:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 31674919 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 08 2025 22:44:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31674920 | | Usaa Federal Savings B |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 309I | Total Noticed: 35 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Adam G. Brief

Ustpregion11.es.ecf@usdoj.gov

David H Cutler

on behalf of Debtor 1 Johanna A Enamorado cutlerfilings@gmail.com  r48280@notify.bestcase.com

Glenn B Stearns

stearns_g@lisle13.com


TOTAL: 3